## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–2 | User: admin | Date Created: 12/3/2019 |
| Case: 19–05688–dd | Form ID: b309aamd | Total: 116 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Jennifer Lee Stepp          520 Stone Creek Dr          Charleston, SC 29414
jdb          Matthew Ormiston Coons          520 Stone Creek Dr          Charleston, SC 29414
ust          US Trustee's Office          Strom Thurmond Federal Building          1835 Assembly St.          Suite 953          Columbia, SC 29201
tr          Kevin Campbell          PO Box 684          Mount Pleasant, SC 29465
cr          Ally Bank          P.O.Box 130424          Roseville, MN 55113
intp          US Bankruptcy Court          Attn: Systems          1100 Laurel Street          Columbia, SC 29201–2423
aty          John B. Kelchner          Hutchens Law Firm          PO Box 8237 (29202) 240 Stoneridge Drive          Suite 400          Columbia, SC 29210
aty          Sean P. Markham          Markham Law Firm, LLC          PO Box 20074          Charleston, SC 29413–0074
543742417          ADT Security Services          P.O. Box 650485          Dallas, TX 75265
543742418          Aargon Collection Agency          8668 Spring Mountain Road          Las Vegas, NV 89117
543742419          Accounting and More/Gwen Burgess          P.O. Box 550          Litchfield, CT 06759
543742420          Alliance One Re: Target Credit Card          Target Card Services          PO Box 660170          Dallas, TX 75266
543742421          Ally Financial          200 Renaissance Ctr # B0          Detroit, MI 48243
543742422          American Express Blue          P.O. Box 981535          El Paso, TX 79998
543742423          American Express Business Card Delta Skymiles          200 Vesey Street          New York, NY 10285–3106
543742424          American Express Business Gold Card          200 Vesey Street          New York, NY 10285–3106
543742425          American Express Delta Reserve          P.O. Box 981535          El Paso, TX 79998
543742426          American Express Delta Reserve Card          P.O. Box 650448          Dallas, TX 75265
543742427          Amerigas          PO Box 371473          Pittsburgh PA 15250
543742428          BARR Credit Services (collection firm for Zoe          Zoetis US          812 Springdale Dr          Exton, PA 19341
543742429          Barclays Bank Delaware          P.O. Box 8801          Wilmington, DE 19801
543742430          Bayer Healthcare LLC          PO Box 223075          Pittsburgh, PA 15251–2075
543742431          Best Buy Credit Card Citi Retail Services          P.O. Box 790441          St Louis, MO 63179–0441
543742432          Boehringer Ingelheim/Merial          P.O. Box 281348          Atlanta, GA 30384
543742434          Capehart Scatchard Re: Swift Financial          8000 Midatlantic Dr., Ste. 300S          Mount Laurel, NJ 08054
543742434          Capehart Scatchard Re: Swift Financial          PO Box 5016          Mount Laurel, 08054
543742435          Capital One          P.O. Box 71083          Charlotte, NC 28272
543742436          Capital One Spark Business Card          P.O. Box 71083          Carlotte, NC 28272–1083
543742437          Charles Towne Animal Hospital          850 Savannah Hwy          Charleston, SC 29407
543742438          Citi Cards          P.O. Box 70166          Philadelphia, PA 19176
543742439          CitiBank          P.O. Box 9001037          Louisville, KY 40290
543742440          Clover TeleCheck Services Inc.          P.O. Box 60028          City of Industry, CA 91716
543742441          Commercial Collections of America LLC          24301 Southland Dr.          Suite 310          Hayward, CA 94545
543742442          Contract Callers (re: Amerigas)          PO Box 660288          Dallas, TX 75266
543742443          Credit Collections Bureau Professional Debt C          PO Box 90508          Sioux Falls, SD 57109
543742444          DECO Associates          Donald Coons          17 Bookside Lane          Sherman, CT 06784
543742446          Damien Oskwarek          47 Slick Rook Rd          Murphy, NC 28906
543742445          Damien Oskwarek          PO Box 176          Litchfield, CT 06759
543742447          De Lage Landen Financial Services INC          P.O. Box 41602          Philadelphia, PA 19101
543742448          Diamondback Drugs, A Wedgewood Village Pharma          7631 East Indian School Road          Scottsdale, AZ 85251
543742449          Discover          P.O. Box 71084          Charlotte, NC 28272
543742450          Ditech Financial Llc          332 Minnesota St Ste 610          Saint Paul, MN 55101
543742451          Ditech Financial Llc          PO Box 7153          Pasadena, 91109
543742452          Drug Enforcement Administration          8701 Morrissette Dr          Springfield, VA 22152
543742453          Eastman Credit Union Visa          P.O. Box 1989          Kingsport, TN 37662
543742455          Eversource          P.O. Box 56002          Boston, MA 02205–6002
543742454          Eversource          PO Box 56002          Boston, MA 02205
543742456          Fed Loan Serv          Po Box 60610          Harrisburg, PA 17106
543742457          Ferris Gorra          53 Carlson Ridge          New Milford, CT 06776
543742458          Final Gift Crematorium          2 Daniels Way          Cranston, RI 02921
543742459          First Veterinary Supply          17187 North Laurel Park Drive          Suite 300          Livonia, MI 48152
543742460          Gap Visa/Synchrony Bank          P.O. Box 960017          Orlando, FL 32896
543742461          Goshen Tax Collector          42A North Street          Goshen, CT 06756
543742462          Harvard Drug Group re: First Veterinary Suppl          1821 Reliable Parkway          Chicago, IL 60686
543742463          Henry Schein          400 Metro Place North          Dublin, OH 43017
543742464          Highland Capital Corporation          5 Center Avenue          Little Falls, NJ 07424
543742465          Hook and Ladder Oil          74 Mygatt Road          New Preston, CT 06777
543742466          IRS          Centralized & Insolvency Operation          PO Box 7346          Philadelphia, PA 19144
543742467          Idexx          P.O. Box 101327          Atlanta, GA 30392
543742468          Indeed, Inc          Mail Code 5160          PO Box 660367          Dallas, TX 75266–0367
543742469          Jeffery Driesen          343 Clayton Dr          Charleston, SC 29414
543742470          Kabbage          925B Peachtree Street NE          Suite 1688          Atlanta, GA 30309
543742471          Kohls Card          PO Box 2983          Milwaukee, WI 53201
543742472          Lawrence Andrea Attorney at Law          23 South Main Street          Norwalk, CT *06854

| | | | |
|---|---|---|---|
| 543742473 | Litchfield Hills Pediatrics | 481 Bantam Road | Litchfield, CT 06759 |
| 543742474 | Litchfield Property Care | P.O. Box 1751 | Litchfield, CT 06759 |
| 543742475 | MCCALLA RAYMER LEIBERT PIERCE LLC | 50 WESTON STREET | Hartford, CT 06120 |
| 543742476 | MWI Animal Health | P.O. Box 5717 | Boise, ID 83705 |
| 543742477 | Medical University of South Carolina (Finley | 1 Poston Rd. | Ste 350 | Charleston, SC 29407 |
| 543742478 | Medical University of South Carolina (Jennife | 1 Poston Rd. | Ste 350 | Charleston, SC 29407 |
| 543742480 | Midwest Business Capital | c/o Thomas McDermott Jr Esq | 21 South St | Litchfield, CT 06759 |
| 543742479 | Midwest Business Capital | c/o Thomas McDermott Jr Esq | 21 South St | Litchfield, CT 6759 |
| 543742481 | Midwest Veterinary Supply | P.O. Box 856500 | Minneapolis, MN 55485−6500 |
| 543742482 | Mike Kent Carpentry | 259 Brush Hill Road | Litchfield, CT 06759 |
| 543742483 | Optimum | 622 Torrington Road | Litchfield, CT 06759 |
| 543742484 | Patterson | Patterson Vet Supply Inc | 28905 Network Place | Chicago, IL 60673 |
| 543742485 | Paypal | PO Box 45950 | Omaha, NE 68145−0950 |
| 543742486 | Paypal/Swift Capital | 3505 Silverside Road Suite 200 | Wilmington, DE 19810 |
| 543742487 | Paypal/Swift Capital (see above their listed | 3505 Silverside Road | Suite 200 | Wilmington, DE 19810 |
| 543742488 | Primary Capital | 80 Main Street | St 550 | West Orange, NJ 07052 |
| 543742489 | ReadyRefresh by Nestle | PO Box 856192 | Louisville KY 40285 |
| 543742490 | Royal Canin | 500 Fountain Lakes Boulevard | Suite 100 | Saint Charles, MO 63301 |
| 543742491 | Sheffield Financial Co | 2554 Lewisville Clemmons | Clemmons, NC 27012 |
| 543742492 | Sheffield Financial Co | P.O. Box 580229 | Charlotte, NC 28258 |
| 543742493 | State of CT Dept of Revenue Services | P.O. Box 5089 | Hartford, CT 06102−5089 |
| 543742494 | State of CT SS: Goshen, Joseph Parillo, State | PO Box 137 | Watertown, CT 06795 |
| 543742495 | State of CT. Dept. Of Consumer Protection | Drug Control Division | 450 Columbus Blvd | Hartford, CT 06106 |
| 543742496 | Syncb/Amazon | Po Box 965015 | Orlando, FL 32896 |
| 543742497 | Syncb/Gapdc | Po Box 965005 | Orlando, FL 32896 |
| 543742498 | TIAA Bank | 1700 Lincoln Street | Lower Level 3 − Dept #1608 | Denver, CO 80203 |
| 543742499 | Target Red Card | P.O. Box 673 | Minneapolis, MN 55440 |
| 543742500 | Telecom Self Reported | Po Box 4500 | Allen, TX 75013 |
| 543742501 | Torrington Maintenance Supply | 462 Main Street Rear | Torrington, CT 06790 |
| 543742503 | Town of Litchfield | P.O. Box 356 | Litchfield, CT 06759 |
| 543742502 | Town of Litchfield | PO Box 465 | Thomaston, CT 06787 |
| 543742505 | Town of Litchfield Tax Collector | P.O. Box 356 | Litchfield, CT 06759 |
| 543742504 | Town of Litchfield Tax Collector | PO Box 356 | Litchfield, CT 06759 |
| 543742506 | Town of Litchfield Water Pollution Control | PO Box 343 | Litchfield, CT 06759 |
| 543742507 | Travelers Insurance | PO Box 660317 | Dallas, TX 75266−0317 |
| 543742508 | USA Hauling and Recycling Inc. | 185 Torrington Rd | Winsted, CT 06098 |
| 543742509 | USDOJ Hartford Resident Office | 716 Brook St | Suite 110 | Rocky Hill, CT 06067 |
| 543742510 | United Health Care Oxford | P.O. Box 1697 | Newark, NJ 07101−1697 |
| 543742511 | United Midwest Savings Bank | 6460 Busch Blvd Ste 201 | Columbus, OH 60686 |
| 543742512 | VCA Charles Towne Animal Hospital | 850 Savannah Highway | Charleston, SC 29407 |
| 543742513 | VCA Charlestowne Animal Hospital | 850 Savannah Hwy | Charleston, SC 29407 |
| 543742514 | Volkswagen Credit Inc | 1401 Franklin Blvd | Libertyville, IL 60048 |
| 543742515 | Vw Credit Inc | 1401 Franklin Blvd | Libertyville, IL 60048 |
| 543742516 | WB Mason Company Inc | 59 Centre Street | Brockton, MA 02301 |
| 543742517 | Webster Bank | 281 Meadow Street | Waterbury, CT 06702 |
| 543742518 | Webster Bank Credit Card | P.O. Box 790408 | St. Oouis, MO 63179−0408 |
| 543742519 | Westlake Financial | PO Box 76809 | Los Angeles, CA 90054−0809 |
| 543742520 | Westlake Financial Svc | 4751 Wilshire Blvd Ste 1 | Los Angeles, CA 90010 |
| 543742522 | Woodridge Lake POA | 260 E. Hyerdale Drive | Goshen, CT 06756 |
| 543742521 | Woodridge Lake POA | C/O Ronald Barba Esq. | 250 State St, #D−2 | North Haven, CT 06473 |
| 543742523 | Woodridge Lake Sewer District | 113 Brush Hill Road | PO Box 258 | Goshen, CT *06756 |
| 543742524 | Zoetis US (see above the associated collecti | P.O. Box 419022 | Boston, MA 02241−9022 |

TOTAL: 116